UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIROSLAVA MOGLER, M.D., | Case No. SACV 09-00029 DMG (RNBx) |
| Plaintiff, | ORDER UPON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE JS-6 |
| vs. | |
| OHIO NATIONAL LIFE ASSURANCE CORPORATION; and DOES 1 through 10, inclusive, | Fed. R. Civ. P. 41(a) |
| Defendants. | Complaint Filed: November 18, 2008 |

Based upon the stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that this action, SACV09-00029-DMG (RNBx), is dismissed in its entirety as to all Defendants, with prejudice; and

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

Dated: September 28, 2010

_____
Hon. Dolly M. Gee
United States District Judge